**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**
**110 N. College Avenue, 8th FLOOR**
**Tyler, Texas 75702**

**JEANNE HENDERSON**
**CLERK OF COURT**
**903-590-3200**

www.txeb.uscourts.gov

**DIVISIONAL OFFICES:**

**660 N. CENTRAL EXPWY., STE. 300**
**PLANO, TEXAS 75074**

**300 WILLOW STREET, STE. 100**
**BEAUMONT, TEXAS 77701**

**July 16, 2010**

Experian
955 American Lane
Schaumburg, IL 60173

TransUnion
Post Office Box 2000
Chester, PA 19022

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

## RE: Social Security Number xxx-xx-2304

On **June 29, 2010**, a bankruptcy petition for case number **10-42104** was filed by a debtor using the above Social Security Number. Subsequently, on **July 8, 2010**, the debtor filed documents changing the original Social Security number to **xxx-xx-2304.**

Please take notice that whatever person with the originally filed Social Security number did NOT file a bankruptcy petition <u>in this Court</u>.

As a result, please see that your records are modified to ensure that whatever person with Social Security Number **xxx-xx-2304** is not unfairly credited with a bankruptcy filing.

If you have any questions concerning this letter, please call **-Wanda Harpin at 972-509-1240 ext. 244.**

               **Sincerely,**

               **JEANNE HENDERSON**
               **Clerk of Court**

            **By** __/S/ WANDA W. HARPIN_____

**cc: Case File (after redaction)**
   **Clerk of Court's Files (w/o redaction)**